**Jerry SCOTT and Robert L. Shaw, Plaintiffs–Appellants**

**v.**

**WACKENHUT CORPORATION; James E. Dorsey; Entergy Operations, Inc.; William C. Deck; International Guards Union of North America Local # 123; Ronnie L. Moore; James R. Lawson, Local # 123, Defendants–Appellees.**

No. 04–60060.
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

DECIDED: June 22, 2004.

Jerry Scott, Fayette, MS, pro se.

Robert L. Shaw, Meadville, MS, pro se.

Barbara Childs Wallace, Brenda Currie Jones, Wise, Carter, Child & Caraway,

Jackson, MS, Hal K. Gillespie, Joseph Halcut Gillespie, Gillespie, Rozen, Watsky & Motley, Dallas, TX, for Defendants–Appellees.

Before DAVIS, EMILIO M. GARZA, and PRADO, Circuit Judges.

PER CURIAM: *

We affirm the judgment of the district court based on its thorough memorandum opinion and order of December 12, 2003.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.